**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-16-00125-CR**
_____

**JORGE GEOVANNY VALLECILLO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 410th District Court**
**Montgomery County, Texas**
**Trial Cause No. 15-03-03037-CR**

**MEMORANDUM OPINION**

Jorge Geovanny Vallecillo has filed a motion to dismiss his appeal. *See* Tex. R. App. P. 42.2. A request to dismiss the appeal is signed by appellant personally and joined by counsel of record. No opinion has issued in this appeal. The motion is granted, and the appeal is therefore dismissed.

APPEAL DISMISSED.

_____

STEVE McKEITHEN
Chief Justice

Submitted on July 26, 2016
Opinion Delivered July 27, 2016
Do Not Publish

Before McKeithen, C.J., Kreger and Horton, JJ.